**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6091**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TAVARES LAJUANE GRAHAM,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:16-cr-00308-BO-1)

Submitted:  April 20, 2021                                      Decided:  May 4, 2021

Before GREGORY, Chief Judge, and THACKER and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tavares Lajuane Graham, Appellant Pro Se. Jennifer P. May-Parker, Assistant United States Attorney, Joshua L. Rogers, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tavares Lajuane Graham appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. After reviewing the record, we conclude that the district court did not abuse its discretion in denying Graham's motion. *See United States v. Kibble*, __ F.3d__, __, No. 20-7009, 2021 WL 1216543, at *2 (4th Cir. Apr. 1, 2021) (stating standard of review). Accordingly, we deny Graham's motions to appoint counsel and affirm for the reasons stated by the district court. *United States v. Graham*, No. 5:16-cr-00308-BO-1 (E.D.N.C. Oct. 2, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*